# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street  Telephone: (347) 687-2019
Suite 301-A  cmulhollandesq@gmail.com
Astoria, NY 11103

January 6th, 2023

Honorable Peggy Kuo
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Aragon v. Brahspati, Inc., et al. 22-cv-6342 (EK - PK)

Your Honor,

I write to advise the Court of the status of this matter. An attorney for the Defendants has informed me that they will be filing a notice of appearance shortly and asked me for consent for additional time to answer. Plaintiff would happily consent to further time and await any notice of appearance from the Defendants.

With the Court's permission, I would request leave to submit a further status letter on or before the end of the month.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.