UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DANIEL ARAGON,

                                  Plaintiff,

    -against-

BRAHSPATI, INC. d/b/a SINGAS FAMOUS PIZZA,
HARJINDER SINGH, JAGROOP SINGH and SAHIB
SINGH,

                                  Defendants.
-------------------------------------------------------------------X

**Case No.:** 1:22-cv-6342 (EK) (PK)

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
         February 1, 2023

                                    Respectfully submitted,

                                    **MILMAN LABUDA LAW GROUP PLLC**

                                    _____/s Emanuel Kataev, Esq._____
                                    Emanuel Kataev, Esq.
                                    3000 Marcus Avenue, Suite 3W8
                                    Lake Success, NY 11042-1073
                                    (516) 328-8899 (office)
                                    (516) 303-1395 (direct dial)
                                    (516) 328-0082 (facsimile)
                                    emanuel@mllaborlaw.com

**VIA ECF**
Law Offices of Colin Mulholland
<u>Attn</u>: Colin Mulholland, Esq.
3097 Steinway Street, Suite 301-A
Astoria, NY 11103
cmulhollandesq@gmail.com

*Attorney for Plaintiff*