# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

June 12, 2023

Honorable Peggy Kuo  
United States Magistrate Judge  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: Aragon v. Brahspati, Inc., et al. 22-cv-6342 (EK - PK)

Your Honor,

I write jointly with Defendants to advise the Court of the status of this matter. The parties have agreed to a mediator who is available to conduct this mediation. We are waiting to hear from the litigants about which of the dates offered by the mediator will work for their personal schedules.

The parties apologize for the delay. The mediator has offered dates as late as August 11, 2023 and the parties would respectfully request permission to complete mediation on or before August 30, 2023 if the Court would so permit.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.