# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

July 5, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

    *Re:*    **Aragon v. Brahspati, Inc.,** *et al.*
            **Case No.: 1:22-cv-6342 (EK) (PK)**
            <u>**MLLG File No.: 21-2023**</u>_____

Dear Judge Kuo:

      This office represents the Defendants in the above-referenced case. Defendants write to respectfully request an extension of time to respond to Plaintiff's first amended complaint until August 31, 2023.

      Consistent with Section IV of this Court's Individual Practice Rules, Defendants submit that: (i) the current deadline to respond to the complaint is today, July 5, 2023; (ii) an extension of time is needed because your undersigned is in preparation for trial before the Hon. Lewis J. Liman, U.S.D.J. beginning on Monday, July 10, 2023 and the parties in this case otherwise wish to devote their time and effort towards mediation which is currently scheduled to commence on August 11, 2023; (iii) there has been one (1) previous request for an extension of time to respond to the Plaintiff's amended complaint; and (iv) Plaintiff consents to the instant request.

      Accordingly, Defendants respectfully submit that good cause exists to warrant an extension of time of the deadline to respond to the Plaintiff's amended complaint until August 31, 2023. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

      Defendants thank this honorable Court for its time, attention, and anticipated courtesies in this case.

Dated: Lake Success, New York
      July 5, 2023  Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

__/s/ Emanuel Kataev, Esq._____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*

**VIA ECF**
Law Offices of Colin Mulholland
Attn: Colin Mulholland, Esq.
3097 Steinway Street, Suite 301-A
Astoria, NY 11103
cmulhollandesq@gmail.com

*Attorney for Plaintiff*

2