# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 15, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

    *Re:*    **Aragon v. Brahspati, Inc.,** *et al.*
           **Case No.: 1:22-cv-6342 (EK) (PK)**

Dear Judge Kuo:

    This firm is substituting in as counsel to the Defendants in the above-referenced case and submits this letter to enclose a fully executed stipulation of substitution of counsel.  Defendants respectfully request that this Court "so Order" the stipulation, and thank this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
        March 15, 2024                        Respectfully submitted,

                                                      **SAGE LEGAL LLC**
                                                      _____/s_____
                                                      Emanuel Kataev, Esq.
                                                     18211 Jamaica Avenue
                                                     Jamaica, NY 11423-2327
                                                     (718) 412-2421 (office)
                                                     (917) 807-7819 (cellular)
                                                     (718) 489-4155 (facsimile)
                                                     emanuel@sagelegal.nyc

                                                     *Attorneys for Defendants*

**VIA ECF**
All counsel of record