UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DANIEL ARAGON,

                                Plaintiff,

      -against-

BRAHSPATI, INC. d/b/a SINGAS FAMOUS PIZZA,
NEW BRAHSPATI LLC, HARJINDER SINGH a/k/a
HARJINDER KAUR SINGH, JAGROOP SINGH and
SAHIB SINGH,

                                Defendants.
-------------------------------------------------------------------X

Case No.: 1:22-cv-6342 (EK) (PK)

**STIPULATION OF**
**SUBSTITUTION OF COUNSEL**

       **IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and instead of Milman Labuda Law Group PLLC, with offices at 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073, as attorneys for the Defendants in the above-captioned case and that this substitution be entered into effect without further notice.

       **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

Dated: Jamaica, New York
       January 30, 2024

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
mail@emanuelkataev.com

Dated: Lake Success, New York
      ~~January~~____, ~~2024~~ 2/1/2024

**MILMAN LABUDA LAW GROUP PLLC**

By: _____
Jamie Scott Felsen, Esq.
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

Dated: Brooklyn, New York
       January ____, 2024

**So Ordered:**

_____
                            , U.S.___.J.

By: _____
     BRAHSPATI, INC. d/b/a SINGAS FAMOUS PIZZA

By: _____
     NEW BRAHSPATI LLC

By: _____
     HARJINDER SINGH

By: _____
     JAGROOP SINGH

By: _____
     SAHIB SINGH

**VIA ECF**
Law Offices of Colin Mulholland
Attn: Colin Mulholland, Esq.
3097 Steinway Street, Suite 301-A
Astoria, NY 11103
cmulhollandesq@gmail.com

*Attorney for Plaintiff*