# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street                                                                                         Telephone: (347) 687-2019
Suite 308                                                                                                  cmulhollandesq@gmail.com
Astoria, NY 11106

June 14, 2024

Honorable Peggy Kuo
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Aragon v. Brahspati, Inc., et al. 22-cv-6342 (EK - PK)

Your Honor,

    The parties have discussed the terms of a proposed limited release and we have a draft in circulation for client comment.  If the Court would so permit, the parties believe they can obtain a re-executed agreement prior to next Friday.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.