# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street                                                                                          Telephone: (347) 687-2019
Suite 308                                                                                                  cmulhollandesq@gmail.com
Astoria, NY 11106

August 2, 2024

Honorable Peggy Kuo
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Aragon v. Brahspati, Inc., et al. 22-cv-6342 (EK - PK)

Your Honor,

I have not heard from Defendants yet. I believe we have a final copy of a revised settlement agreement out for execution but I am waiting to hear confirmation from the Defendants that they accept the changes.

I e-mailed counsel earlier today to confirm but I have not heard back from them.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.