```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 DANIEL ARAGON,

                       Plaintiff,             MEMORANDUM & ORDER
                                               22-CV-6342(EK)(PK)
             -against-

 BRAHSPATI, INC., d/b/a SINGAS FAMOUS
 PIZZA, HARJINDER SINGH, a/k/a
 HARJINDER KAUR SINGH, JAGROOP SINGH,
 SAHIB SINGH, and NEW BRAHSPATI LLC,

                       Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Kuo's Report and Recommendation (R&R) dated August 27, 2024.  Judge Kuo recommends that the Court grant the plaintiff's motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Kuo's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, the plaintiff's

motion for settlement approval is granted.  The Clerk of Court is respectfully directed to enter judgment and close the case.

    SO ORDERED.

                                            /s/ Eric Komitee
                                        ERIC KOMITEE
                                        United States District Judge

Dated:     September 20, 2024
            Brooklyn, New York