UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DANIEL ARAGON,

                Plaintiff,              JUDGMENT

     v.                                     22-CV-6342(EK)(PK)

BRAHSPATI, INC., d/b/a SINGAS
FAMOUS PIZZA, HARJINDER
SINGH, a/k/a HARJINDER KAUR SINGH,
JAGROOP SINGH, SAHIB SINGH,
and NEW BRAHSPATI LLC,

                Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Eric Komitee, United States District Judge, having been filed on September 20, 2024, adopting the Report and Recommendation of Magistrate Peggy Kuo, dated August 27, 2024, granting plaintiff's motion for settlement approval; it is

        ORDERED and ADJUDGED that plaintiff's motion for settlement approval is granted.

Dated: Brooklyn, New York                                Brenna B. Mahoney
       September 23, 2024                                   Clerk of Court

                                                By:    */s/Jalitza Poveda*
                                                          Deputy Clerk